Filed by: Fax
Date: 11-02-20
Time: 3:52 P.M.
Deputy Clerk: _____
(SEE ATTACHED LOG)

# TWENTY-FOURTH JUDICIAL DISTRICT COURT

## PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 811-703            DIVISION "A"

### LAJEAN J. JOSEPH

### VERSUS

### PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN BELLE CASINO WESTBANK

FILED: _____      _____
                                                                 **DEPUTY CLERK**

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, LaJean J. Joseph, individually, a person of the full age of majority domiciled and residing in the Parish of Jefferson, State of Louisiana, with respect represents:

**I.**

Made Defendants herein is Pinnacle Entertainment, Inc., d/b/a Boomtown Belle Casino Westbank, (hereinafter "Boomtown") a foreign corporation authorized to do and doing business in this Parish and State.

**II.**

Defendant and its liability insurer(s) are jointly and severally indebted unto your petitioner, LaJean Joseph, for all sums reasonable, together with legal interest thereon, and for all costs of these proceedings for the following, to wit:

**III.**

On or about November 5, 2019, LaJean Joseph was a patron of the Boomtown Belle Casino Westbank, located in Harvey, Louisiana. Petitioner attempted to relocate from the third floor to the second floor via escalator. When petitioner placed her foot onto the escalator, said escalator buckled, causing petitioner to lose her balance and tumble down the escalator to the second floor. As a result of this, petitioner suffered serious injuries.

IV.

At all material times, the escalator in question was in the control, guard, possession and/or ownership of the defendant, Boomtown.

V.

Theproximate cause of the above described accident was the negligent acts and omissions of Defendant Boomtown, including but not limited to:

1) Failure to design and maintain the escalator in question in a reasonably safe manner, reasonably safe for its intended use, and free form defects in conditions deemed unsafe;

2) Failure to correct an unsafe condition which defendant knew or should have known existed or which was a result of a vice or defect in original construction;

3) Failure to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonable use of the defective escalator;

4) Failure to discover vices and/or defects which were known or in the exercise of reasonable care should have be known or discovered;

5) Upon information and belief, violation of safety standards;

6) Other failures to exercise reasonable care under the circumstances; and

7) Any other acts of negligence which may be proven at a trial of this matter.

VI.

The injuries and damages could have been prevented by Defendant's exercise of reasonable care and those for whom Defendant is responsible.

VII.

As a result of defendant Boomtown's negligence, petitioner suffered serious and debilitating injuries and damages, including but not limited to:

1) Scalp laceration;
2) Severe neck and back injury and pain;
3) Severe back injury and pain;
4) Fright;
5) Past, present and future medical expenses;
6) Pain and suffering;
7) Mental anguish and worry;
8) Diminished capacity;
9) Loss of gratification and enjoyment; and,

2

10) Inconvenience;

and she seeks to recover damages for the foregoing and all other damages, all of which were proximately caused by Defendants offensive acts and/or omissions, to be proven at trial of this matter.

## VIII.

**WHEREFORE,** Petitioner, LaJean J. Joseph, prays that Defendants, Pinnacle Entertainment, Inc., d/b/a Boomtown Belle Casino Westbank be served with a copy of this petition, that the pleading be deemed sufficient, that the Court make reasonable inferences in Plaintiff's favor, and that after due proceedings, there be judgment in favor of Petitioner, and against the defendants, individually, jointly, severally and in solido, in amounts as are reasonable in the premises, together with all costs of these proceedings and legal interest thereon on all sums and fees from the date of judicial demand until paid, and all other relief under law and in equity be granted in favor of Petitioner, LaJean J. Joseph.

Respectfully Submitted,

*LEGER & SHAW*

_____
Walter J. Leger, Jr., La. Bar No. 8278
Franklin G. Shaw, La. Bar No. 1594
Walter J. Leger III, La. Bar No. 28656
Matthew S. Landry, La. Bar No. 36543
935 Gravier Street, Suite 2150
New Orleans, Louisiana 70112
Telephone: (504) 588-9043
Facsimile:  (504) 588-9980
Wleger3@legershaw.com
mlandry@legershaw.com

Marcus A. Green, La. Bar No. 28921
The Green Law Firm
931 Westwood Drive, #B
Marrero, Louisiana 70072
Telephone: (504) 328-3990
mag@greenlawfirmla.com

Attorneys for Lejean J. Joseph

**Please Serve:**

Pinnacle Entertainment, Inc. d/b/a Boomtown Belle Casino
*through its agent for service of process*
CT Corp
3867 Plaza Tower Dr.     #1057  $39.36  E.B.R.S.
Baton Rouge, LA 70816    #1065

4

# LEGER & SHAW

## ATTORNEYS AND COUNSELORS

WALTER J. LEGER, JR. *
FRANKLIN G. SHAW *
WALTER J. LEGER III
CHRISTINE SEVIN FAYARD
MATTHEW S. LANDRY

OF COUNSEL
WILLIAM S. POOLE, JR. **
CRAIG H. STEWART

*A PROFESSIONAL LAW CORPORATION
** ALSO ADMITTED TO ALABAMA BAR

NEW ORLEANS EXCHANGE CENTRE
935 GRAVIER STREET, STE. 2150
NEW ORLEANS, LOUISIANA 70112

TELEPHONE (504) 588-9043
1(888) 708-8950
FACSIMILE (504) 588-9980

WWW.LEGERSHAW.COM

**COVINGTON OFFICE**
512 E. BOSTON STREET
COVINGTON, LOUISIANA 70433
TELEPHONE: (985) 809-6625
FACSIMILE: (985) 809-6626

**HOUMA OFFICE**
627 SCHOOL STREET
HOUMA, LOUISIANA 70360
TELEPHONE: (985) 223-2000
FACSIMILE: (985) 223-6288

**November 4, 2020**

**VIA UNITED STATES POSTAL SERVICE**
Clerk of Court for the Parish of Jefferson
P.O. Box 10
Gretna, Louisiana 70054

811-703  A

Re: **Physical Filing of Petition for Damages**
*Lajean J. Joseph v. Pinnacle Entertainment, Inc. dba Boomtown Belle Casino Westbank*
24th JDC, Jefferson Parish

Dear Clerk:

Please find enclosed one original and two copies of Petition for Damages, which we fax filed on November 2, 2020. Please file and process this document in connection with the above referenced matter.

**After signing and processing, please return one (1) conformed copy of the above referenced filing using the enclosed self-addressed stamped envelope.** Sent 11/6/20 R.P.

You will also find a check in the amount of $405.00 and another check in the amount of $39.36 to cover filing and service fees. Should the fee calculation be insufficient in any way, please contact my office so that we may promptly resolve any issues.

Thank you for your assistance with this matter.

Sincerely,

Jana Turchi
Legal Secretary

MSL/jrt
Enclosures



811-703 A

FILED FOR RECORD 11/06/2020 09:27:54
Randi H. Prisco, DY CLERK
JEFFERSON PARISH, LA

Jefferson Parish Clerk of Court
24th JDC - Civil Records Division
P.O. Box 10
Gretna, LA 70054-0010

**LEGER & SHAW**
ATTORNEYS AND COUNSELORS
NEW ORLEANS EXCHANGE CENTRE
935 GRAVIER STREET, STE. 2150
NEW ORLEANS, LOUISIANA 70112

PITNEY BOWES
$ 002.00⁰
02 1P   NOV 03 2020
0000916343   MAILED FROM ZIP CODE 70112
UNITED STATES POSTAGE



# JON A. GEGENHEIMER
# JEFFERSON PARISH CLERK OF COURT

*24th Judicial District Court Civil Records Department*
P.O. BOX 10 • GRETNA LA 70054-0010 • (504) 364-3740

## CIVIL RECORDS TELEPHONE CALL LOG

### Call 1

Case No: 811-703  Div. "A"  NOVEMEBER 09, 20 20
Deputy Clerk: s/ RANDI N. PRISCO  Time: 2:45 PM
Deputy Clerk Spoke To: JANA _____ of _____

**Notes:**
JANA IS MAILING SIGNED CHECKS PAYABLE TO E.B.R.S $39.36 FOR SERVICE NEEDED FOR PETITION FOR DAMAGES. I WILL MAIL BACK UNSIGNED CHECK WHEN I RECEIVED SIGNED CHECK.

rec'd CK# 1065 $39.36 EBRS 11/12/20 RP
Mailed back CK# 1057 $39.36 EBRS. Not signed RP 11/12/20

### Call 2

Case No: 811-703  Div. "A"  _____, 20____
Deputy Clerk: s/ RANDI N. PRISCO  Time: _____
Deputy Clerk Spoke To: _____ of _____

**Notes:**

### Call 3

Case No: 811-703  Div. "A"  _____, 20____
Deputy Clerk: s/ RANDI N. PRISCO  Time: _____
Deputy Clerk Spoke To: _____ of _____

**Notes:**

# LEGER & SHAW

### ATTORNEYS AND COUNSELORS

WALTER J. LEGER, JR. *
FRANKLIN G. SHAW *
WALTER J. LEGER III
CHRISTINE SEVIN FAYARD
MATTHEW S. LANDRY

OF COUNSEL
WILLIAM S. POOLE, JR. **
CRAIG H. STEWART

*A PROFESSIONAL LAW CORPORATION
** ALSO ADMITTED TO ALABAMA BAR

NEW ORLEANS EXCHANGE CENTRE
935 GRAVIER STREET, STE. 2150
NEW ORLEANS, LOUISIANA 70112

TELEPHONE (504) 588-9043
1(888) 708-8950
FACSIMILE (504) 588-9980

WWW.LEGERSHAW.COM

November 10, 2020

**COVINGTON OFFICE**
512 E. BOSTON STREET
COVINGTON, LOUISIANA 70433
TELEPHONE: (985) 809-6625
FACSIMILE: (985) 809-6626

**HOUMA OFFICE**
627 SCHOOL STREET
HOUMA, LOUISIANA 70360
TELEPHONE: (985) 223-2000
FACSIMILE: (985) 223-6288

**VIA UNITED STATES POSTAL SERVICE**
Clerk of Court for the Parish of Jefferson
P.O. Box 10
Gretna, Louisiana 70054

811-703

Re: **Physical Filing of Petition for Damages**
*Lajean J. Joseph v. Pinnacle Entertainment, Inc. dba Boomtown Belle Casino Westbank*
24th JDC, Jefferson Parish

*Attached replacement check*

CK# 1065
EBR $39.36

Dear Clerk:

Please find enclosed one original and two copies of Petition for Damages, which we fax filed on November 2, 2020. Please file and process this document in connection with the above referenced matter.

**After signing and processing, please return one (1) conformed copy of the above referenced filing using the enclosed self-addressed stamped envelope.**

You will also find a check in the amount of $405.00 and another check in the amount of $39.36 to cover filing and service fees. Should the fee calculation be insufficient in any way, please contact my office so that we may promptly resolve any issues.

Thank you for your assistance with this matter.

Sincerely,

Jana Turchi
Legal Secretary

MSL/jrt
Enclosures

*Rec'd via mail — FILED FOR RECORD 11/12/2020 14:39:36 Bridget M. Cabrigne, Dy Clerk, JEFFERSON PARISH, LA*